**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**
THURGOOD MARSHALL UNITED STATES COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

ROSEANN B. MACKECHNIE
   CLERK

FILED
Dec 11  3:42 PM '03



FILED
DEC 4 2003

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 4th day of December two thousand three.

|  |  |
|---|---|
| In Re: Williams | U.S. COURT OF APPEALS<br>DOCKET NUMBER: 02-5037 |
| v. | U.S. DISTRICT COURT CTDC/NHCT<br>DOCKET NUMBER: 01-cv-2116 JCH |

    A scheduling order in accordance with the Civil Appeals Management Plan of this court having been entered therein, requiring the record on appeal, the appellant's brief and joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

    Upon consideration of the appeal herein it is

    **ORDERED** that the appeal be, and it hereby is dismissed.

ROSEANN B. MACKECHNIE, Clerk

By: _____
Donnell Bolden
Deputy Clerk, USCA

PLEASE REFER TO THIS COURT'S
DOCKET NUMBER IN ALL MATTERS

A TRUE COPY
Roseann B. Mackechnie, CLERK
by _____
DEPUTY CLERK

CERTIFIED:  12/4/03